01
02
03
04
05
06          UNITED STATES DISTRICT COURT
07          WESTERN DISTRICT OF WASHINGTON
                     AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                        )   CASE NO. CR20-092 JCC
09       Plaintiff,                     )
                                        )
10       v.                             )
                                        )   DETENTION ORDER
11  ADRIAN IZAZAGA-MARTINEZ,            )
                                        )
12       Defendant.                     )
    _____)
13

14

15  <u>Offense charged</u>:    Conspiracy to Distribute Controlled Substances; Asset Forfeiture Allegations

16

17  <u>Date of Detention Hearing</u>:   August 3, 2020.

18      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

20  that no condition or combination of conditions which defendant can meet will reasonably assure

21  the appearance of defendant as required and the safety of other persons and the community.

22          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

DETENTION ORDER
PAGE -1

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant has a lengthy criminal record, including failures to appear with warrant activity. He lacks legal status in the United States, and has previously been deported. He has a history of domestic violence and a no-contact order is in effect for his wife. He has an alleged substance abuse history.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services

01     Officer.

02     DATED this 3rd day of August, 2020.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3