THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0092-JCC |
| Plaintiff, | ORDER |
| v. | |
| ADRIAN IZAZAGA-MARTINEZ, | |
| Defendant. | |

This matter comes before the Court on the parties' joint motion to proceed with a guilty plea by videoconference. (Dkt. No. 667). The Court hereby GRANTS the motion for the reasons explained below.

Under General Order 04-20, felony pleas and sentencings may proceed by video or telephone conferencing if "the district judge in a particular case finds for specific reasons that the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." W.D. Wash. General Order 04-20 (March 30, 2020); *see also* W.D. Wash. General Order 14-21 (Dec. 22, 2021) (extending duration of General Order 04-20).

The parties have reached a plea agreement and Mr. Izazaga-Martinez would like to enter a guilty plea in accordance with that agreement to move forward and resolve the matter. (Dkt. No. 667 at 2–3.) But an in-person proceeding would require a transfer from FDC SeaTac, increasing the COVID-19 transmissions risk. Rather than delay a change of plea until COVID

conditions abate, Mr. Izazaga-Martinez would like to enter a plea now by videoconference. (*Id.*) He has a strong interest in the speedy resolution of his plea process, and further delays would prolong the stress and anxiety he faces as the current public health situation creates uncertainty for in-person court proceedings. *See* W.D. Wash. General Order 01-22 (Jan. 7, 2022) (imposing limitations for certain in-person activities based on the current COVID-19 situation).

The Court FINDS that, for the reasons described above, the plea hearing cannot be delayed without serious harm to the interests of justice. Accordingly, the motion for a remote change of plea hearing (Dkt. No. 667) is GRANTED.

DATED this 28th day of January 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE